■ MINNESOTA MINING & MANUFACTURING COMPANY, Respondent-Appellant, v. TECHNICAL TAPE CORP. et al., Appellants-Respondents, et al., Defendant.

The parties may file six copies of their respective briefs, the briefs to bear a notation indicating that they are to be sealed. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERNEST HOLLEY, Appellant.— This court, on May 31, 1961, having unanimously affirmed a judgment of the County Court, Kings County, rendered October 4, 1960, the defendant, pursuant to section 520 of the Code of Criminal Procedure, now makes application to the Honorable Gerald Nolan, Presiding Justice of this court, for leave to take a further appeal to the Court of Appeals. Such application for leave to appeal to the Court of Appeals is denied by Presiding Justice Nolan.

## (July 17, 1961)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID GEORGE NEWCOMBE.—

■ Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.